# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **Erin Wilson, individually and on behalf of others similarly situated** )<br>)<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**360 Lending Corp.** )<br>)<br>*Defendant* | Civil Action No. 1:25-cv-07121-MHC |

## AFFIDAVIT OF SERVICE

I, Adela Velazquez, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to 360 Lending Corp. in Los Angeles County, CA on January 16, 2026 at 12:03 pm at 5955 DE SOTO AVE, Unit 120, WOODLAND HILLS, CA 91367 by leaving the following documents with Alfred Babayan who as Employee, Authorized to accept service is authorized by appointment or by law to receive service of process for 360 Lending Corp..

SUMMONS IN A CIVIL ACTION

Additional Description:
Confirmed individual and business name. Accepted sub-service with direct delivery
Race: Unknown, Sex: Male, Est. Age: 65+, Hair: Gray, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.1787701,-118.5916061
Photograph: See Exhibit 1


Total Cost: $335.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Los Angeles County__ , __CA__ on __1/16/2026__ .

/s/ *Adela Velazquez*

Signature
Adela Velazquez
+1 (818) 804-6789



Exhibit 1a)



Exhibit 1b)



Exhibit 1c)